UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 APR 13 P 3:07
U.S. DISTRICT COURT
DISTRICT OF MASS

CHARLES BRIDGES, A BRISTOL COUNTY
HOUSE OF CORRECTION INMATE

    PLAINTIFF,

VS.-

ANDREW T. GALLAGHER; AND
THOMAS M. HODGSON, IS THE SHERIFF;
NAT STILLMAN AND ANDREWS; ARE
NURSE PRACTITIONERS.

    DEFENDANTS.

C.A. NO. _____

05-10825 EFH

Referred to Ch MJ MB Boule

JURY DEMAND REQUESTED

## CIVIL RIGHTS COMPLAINT

This is a Civil Rights Complaint filed by a (Pro Se), plaintiff presently incarcerated at The Bristol County House of Correction. This is a §1983 Civil Rights Complaint alledging Constitutional and Civil Rights violations, protected under The Jurisdiction of This Court District and Federal.

### JURISDICTION

This Court also has Jurisdiction under The plaintiff's Complaint for alledging violations of Medical Deprivation Act protected by The United States Constitution §1349 - §1314.

### PARTIES

1. Plaintiff, Charles Bridges, A Bristol County House of Correction Inmate presently serving a sentence of

2. Defendant, Thomas M. HODGSON; Is The Sheriff at The bristol County House of Correction, (B.C.H.O.C.), He is Responsible for overseeking The orderly operation of The prison and personnel and staff Thereof. He is being Sued in his Official and Individual Capacities.

3. Defendant, NaT Stillman; Is An Agent of The Sheriff, he is The Nurse practitioner of The Bristol House of Correction (B.H.O.C.). His Duties Consists of ministering To ALL Inmates medical Complaints And inJuries. He is Sued in his Official and Individual Capacities.

4. Defendant, Andrews John Doe, Is An agent of defendant Stillman, He is responsible for evaluating and Tending to all Inmates medical Complaints. He is being Sued in his individual and Official Capacities.

ALL Defendants herein named in This Complaint, have acted under "COLOR OF STATE LAW" At all Times relevant To This Complaint.

FACTS

5. On February 3, 2005, The Plaintiff mr. Charles Bridges, Implemented an medical complaint for and directed it To medical practitioner mr. Nat Stillman, who is a defendant in The plaintiff's complaint. Complaining of a foot matter and requested a medicated creme due to a severe case of athletic feet.

6. The plaintiff who is diabetic, had Implemented several medical request forms pleading for Immediate medical attention concerning his over obsessive growth of his toe nails which has and continues to affect plaintiff's mobility of walking. These requests were denied without any explanations whatsoever.

7. On February 1, 2005, Plaintiff submitted another medical complaint requesting medical attention due to an severe eye injury he sustained during his employment as a kitchen employee at The Jail where he has been since october 12, of 2004, by dangerous chemicals being splashed into The plaintiff's eyes. The plaintiff has been interviewed by The nurse practitioner mr. Stillman, who has refused to minister To The plaintiff's complaints due to his unproffessionalism and The medical personnels Lack of expertise in dealing with The nature of plaintiff's injuries and medical complaints.

8. On January 20, 2005, The plaintiff was taking To a outside hospital to be seen by an eye specialists who prescribed The plaintiff an eye medication. Plaintiff a former kitchen worker was forced to work in an hazardous enviornment, expected To handle materials That are unsanatized, Implemented in a manner That poses a health hazard To The decoration of all inmates working in The kitchen.

End of FACTS

9.  FIRST CAUSE OF ACTION

   The Defendants Hodgson, Stillman, And Andrews violated the plaintiffs' Aforementioned Rights when They Ignored his medical Requests. Violated his 14TH Ammendment rights to The Cruel in unusual punishment Clause to The United States Constitution and declaration of his Liberty Rights protected by state and Federal mandate.

10. SECOND CAUSE OF ACTION

   The Defendants violated The plaintiffs Aforementioned Rights when They Failed to act on plaintiff's medical Complaints and Failed to properly resolve his Issues. In violation of his Liberty and Constitutional rights to The 14TH, Ammendment under The Cruel in unusual Clause to The United States Constitution.

11. 
   A. Grant damages in The Following Amounts: Punitive:
      (1) $ 10,000.00 Thousand dollars Against ALL Defendants:
      (2) $ 80,000.00 Thousand dollars Against Stillman:

   B. Grant Compensatory damages in The Following Amounts:
      1. $ 5000.00 Against defendant Hodgson:
      2. $ 100,000 Against defendants Stillman and Andrews.

   C. Grant Such other relief as This Court deems proper in Just.

12.

Signed Under The pains and penalties of perjury This 19TH, Day of February of 2005.

Respectfully Submitted,
Mr. Charles Bridges (Pro Se)
Mr. Charles Bridges (Pro Se)
400 Faunce Corner Road
North Dartmouth Ma. 02747

DATED: February 19TH, of 2005.

RECEIVED
2/4/05

# BRISTOL COUNTY SHERIFF'S OFFICE

**SUBMIT ENTIRE 3-PART FORM**
**PRESS FIRMLY**

## INMATE MEDICAL INQUIRY FORM
(FORWARD TO HSU ADMINISTRATOR)

**Instructions:**
(1) In the event that an inmate is unable to resolve a medical problem or complaint informally, a formal written inquiry may be filed using this form.
(2) Print legibly; provide all requested information; sign and date form prior to submitting. **SUBMIT ENTIRE THREE-PART FORM.** YOUR PINK COPY WITH RESPONSE WILL BE RETURNED TO INMATE.
(3) You may inquire on your own behalf concerning a legitimate complaint or problem regarding a specific medical issue. Only one issue per inquiry; no duplicate or repetitive inquiries; no inquiries may be filed on behalf of a "class" or group of inmates.
(4) Inquiries may be appealed to the ADS Medical Services within five (5) days using Section III below.
(5) Do not use this form to request medical services. Please submit a sick-slip to be seen by a medical professional.
(6) THIS FORM IS NOT TO BE USED FOR ANY OTHER CORRESPONDENCE OR PURPOSE OTHER THAN TO FILE A MEDICAL INQUIRY TO RESOLVE A MEDICAL COMPLAINT. MISUSED FORMS AND INCOMPLETE, IMPROPERLY FILED AND REPETITIVE INQUIRIES SHALL NOT BE PROCESSED OR FORWARDED.

**\*PLEASE PRINT & PRESS FIRMLY**

**INMATE USE - SECTION I**

INMATE NAME: Charles Bridges    I.D. NUMBER: _____    DATE: 2/3/05

FACILITY LOCATION (check one): DHOC ☑  Ash St. ☐  D.W.C. ☐    HOUSING UNIT/CELL #: 1-West/#10    If applicable also check here I.N.S. Detainee ☐

MEDICAL INQUIRY: I am diabetic, it runs in my family and one inherant aspect of my diabetes is very bad feet. Today I was refused foot cream by P.A. Nat Stillman even after I showed him my dry and cracking feet. I would appreciate an imediate reconsideration with regards to this matter or I feel I will be forced to envolve my family in this matter. Thank you —

REMEDY REQUESTED: Be issued medicated foot ointment.

INMATE SIGNATURE: Charles Bridges    DATE: 2/3/05

**HSU ADMINISTRATOR USE – SECTION II (Response time 10 days)**

RESPONSE: On 2-3-05 you were evaluated by the PA. He advised you to increase your fluid intake, and purchase cream or powder from canteen for your feet.

HEALTH UNIT ADMINISTRATOR SIGNATURE: _____    DATE: 2-8-05

**INMATE RECEIPT OF DECISION/INTENT TO APPEAL – SECTION III**

You have five (5) weekdays to appeal this decision in writing to the ADS Medical Services.

Complete the following:    I do ( )    I do not ( )    Intend to Appeal this Decision.

INMATE SIGNATURE: _____    DATE: _____

**APPEAL DECISION – SECTION IV (Response time 5 days)**

ADS MEDICAL SERVICES'S DECISION:    AFFIRMED_____    DENIED_____    MODIFIED_____

ACTION TAKEN: _____

ADS MEDICAL SERVICES SIGNATURE: _____    DATE: _____

DISTRIBUTION:
White - Medical Record/Medical Department
Canary - ADS Medical Services
Pink - Inmate Response Copy

C/C Peter Castanza
MA. Legal Services    12/01/03

# BRISTOL COUNTY SHERIFF'S OFFICE

**SUBMIT ENTIRE 3-PART FORM**

**PRESS FIRMLY**

## INMATE MEDICAL INQUIRY FORM
(FORWARD TO HSU ADMINISTRATOR)

**Instructions:**
(1) In the event that an inmate is unable to resolve a medical problem or complaint informally, a formal written Inquiry may be filed using this form.
(2) Print legibly; provide all requested information; sign and date form prior to submitting. **SUBMIT ENTIRE THREE-PART FORM.** YOUR PINK COPY WITH RESPONSE WILL BE RETURNED TO INMATE.
(3) You may inquire on your own behalf concerning a legitimate complaint or problem regarding a specific medical issue. Only one issue per Inquiry; no duplicate or repetitive Inquiries; no Inquiries may be filed on behalf of a "class" or group of inmates.
(4) Inquiries may be appealed to the ADS Medical Services within five (5) days using Section III below.
(5) Do not use this form to request medical services. Please submit a sick-slip to be seen by a medical professional.
(6) THIS FORM IS NOT TO BE USED FOR ANY OTHER CORRESPONDENCE OR PURPOSE OTHER THAN TO FILE A MEDICAL INQUIRY TO RESOLVE A MEDICAL COMPLAINT. MISUSED FORMS AND INCOMPLETE, IMPROPERLY FILED AND REPETITIVE INQUIRIES SHALL NOT BE PROCESSED OR FORWARDED.

**\*PLEASE PRINT & PRESS FIRMLY**

### INMATE USE – SECTION I

INMATE NAME: Charles Bridges    I.D. NUMBER: _____    DATE: 2/3/05

FACILITY LOCATION (check one): DHOC ☑  Ash St. ☐  D.W.C. ☐  HOUSING UNIT/CELL #: _____  I.N.S. Detainee ☐

MEDICAL INQUIRY: I am diabetic. It runs in my family and one internal issue of mine is very bad toes. Today I was denied foot cream by P.A. Neil Stillman; even after I showed him my tender and cracking feet. I would appreciate an immediate reconsideration with regards to this matter or I feel I will be forced to involve my family on this matter. Thank you.

(ATTACH ADDITIONAL PAGE IF NECESSARY)

REMEDY REQUESTED: Be issued medicated foot ointment

INMATE SIGNATURE: Charles Bridges    DATE: 2/3/05

### HSU ADMINISTRATOR USE – SECTION II (Response time 10 days)

RESPONSE: _____

HEALTH UNIT ADMINISTRATOR SIGNATURE: _____  DATE: _____

### INMATE RECEIPT OF DECISION/INTENT TO APPEAL – SECTION III

You have five (5) week days to appeal this decision in writing to the ADS Medical Services.

Complete the following:    I do ( )    I do not ( )    Intend to Appeal this Decision.

INMATE SIGNATURE: _____  DATE: _____

### APPEAL DECISION – SECTION IV (Response time 5 days)

ADS MEDICAL SERVICES'S DECISION:    AFFIRMED _____    DENIED _____    MODIFIED _____

ACTION TAKEN: _____

ADS MEDICAL SERVICES SIGNATURE: _____  DATE: _____

**DISTRIBUTION:**
White – Medical Record/Medical Department
Canary – ADS Medical Services
Pink – Inmate Response Copy

c/c Peter Cistanza

12/01/03

# BRISTOL COUNTY SHERIFF'S OFFICE

## INMATE MEDICAL INQUIRY FORM
(FORWARD TO HSU ADMINISTRATOR)

**SUBMIT ENTIRE 3-PART FORM**
**PRESS FIRMLY**

**Instructions:**
(1) In the event that an inmate is unable to resolve a medical problem or complaint informally, a formal written inquiry may be filed using this form.
(2) Print legibly; provide all requested information; sign and date form prior to submitting. **SUBMIT ENTIRE THREE-PART FORM.** YOUR PINK COPY WITH RESPONSE WILL BE RETURNED TO INMATE.
(3) You may inquire on your own behalf concerning a legitimate complaint or problem regarding a specific medical issue. Only one issue per Inquiry; no duplicate or repetitive Inquiries; no Inquiries may be filed on behalf of a "class" or group of inmates.
(4) Inquiries may be appealed to the ADS Medical Services within five (5) days using Section III below.
(5) Do not use this form to request medical services. Please submit a sick-slip to be seen by a medical professional.
(6) THIS FORM IS NOT TO BE USED FOR ANY OTHER CORRESPONDENCE OR PURPOSE OTHER THAN TO FILE A MEDICAL INQUIRY TO RESOLVE A MEDICAL COMPLAINT. MISUSED FORMS AND INCOMPLETE, IMPROPERLY FILED AND REPETITIVE INQUIRIES SHALL NOT BE PROCESSED OR FORWARDED.

*****PLEASE PRINT & PRESS FIRMLY**

**INMATE USE - SECTION I**

INMATE NAME: Charles Bridges    I.D. NUMBER: 11091E    DATE: 2/4/05

FACILITY LOCATION (check one): DHOC ☑  Ash St. ☐  D.W.C. ☐   HOUSING UNIT/CELL #: _____   If applicable also check here: I.N.S. Detainee ☐

MEDICAL INQUIRY: I have been informed that your refusal to submit my medical records to me (In Full) is tantamount to an open Judicial Discovery because as a Pro-SE Title 28 USC 2254 Petitioner I am my own attorney. Therefore, I request in writing and signed document stating specifically the reasons for your refusal. Thank you.

(ATTACH ADDITIONAL PAGE IF NECESSARY)

REMEDY REQUESTED: Submission to me all my medical records

INMATE SIGNATURE: _____   DATE: _____

**HSU ADMINISTRATOR USE – SECTION II (Response time 10 days)**

RESPONSE: _____

HEALTH UNIT ADMINISTRATOR SIGNATURE: _____   DATE: 2/4/05

**INMATE RECEIPT OF DECISION/INTENT TO APPEAL – SECTION III**

You have five (5) weekdays to appeal this decision in writing to the ADS Medical Services.

Complete the following:    I do ( )    I do not ( )    Intend to Appeal this Decision.

INMATE SIGNATURE: _____   DATE: _____

**APPEAL DECISION – SECTION IV (Response time 5 days)**

ADS MEDICAL SERVICES'S DECISION:    AFFIRMED_____    DENIED_____    MODIFIED_____

ACTION TAKEN: _____

ADS MEDICAL SERVICES SIGNATURE: _____   DATE: _____

**DISTRIBUTION:**
White – Medical Record/Medical Department
Canary – ADS Medical Services
Pink – Inmate Response Copy

C/C Peter Costanza (Documentation)
Ma. Legal Serv.

12/01/03

Prison Health Services, Inc. — OUTPATIENT REFERRAL REQUEST FORM
Case 1:05-cv-10825-EFH   Document 1   Filed 04/13/2005   Page 9 of 9
Form must be Complete and Legible prior to processing.
After review by Regional Medical Director fax to 877 603-4277  **YOU MUST PRINT.**



## GENERAL

**Bristol County Sheriffs Office - 0037**  
SITE PHONE #: (508) 995-6417  
SITE FAX #: ( )

| Field | Value |
|---|---|
| Inmate Name Last | BRIDGES |
| First | Charles |
| M.I. | |
| Today's Date | 01/18/05 |
| Alias Inmate Name | |
| Birth Date | 04/10/58 |
| Inmate Number | 110916 |
| SS Number | 010507469 |
| PHS Custody Date | 10/13/04 |
| Sex | ☐ Male  ☐ Female |
| Will there be a charge for this office visit? | ☐ Yes  ☐ No |
| Potential Release Date | 04/03/06 |

**Requesting Provider:** Andrews

*Place a check mark (✓) in the Service Type requested (one only) AND complete additional applicable fields.*

- ☒ Office Visit (OV)
- ☐ Outpatient Surgery (OS)
- ☐ X-ray (XR)
- ☐ Dialysis (DI)

**Specialist referred to:** Eye Health  
**Is this the initial evaluation / visit?** ☐ Yes  ☒ No  
**Estimated Date of Service:** 01/20/05  
**First Eval Date:** __/__/__  
**Surgery? (date):** __/__/__  
**Last F/U Date:** __/__/__

**Please list any additional services that may be included in this visit:**
_____

**Type of Treatment, Procedure or Surgery Requested:**  
See an ophthalmologist

**History of illness/injury with date of onset:**  
Kitchen worker sprayed in eyes with shipyard ph — p flushing to Eye Hc for exam

**Results of complaint directed physician exam with objective finding:**  
Dx: keratitis  
To follow up in 2 day

**Previous treatment and response: (include meds)**  
1/21 @ 1:00 Dr Odu

☐ See Attached

**MULTIPLE VISITS:** # of visits: ___  
**Therapy Days (Dialysis, PT/OT/ST):** (Check box for days visits are scheduled)  
☐ M  ☐ T  ☐ W  ☐ TH  ☐ F  ☐ S  ☐ SU

★ You must include copies of all pertinent lab, X-rays, and specialty consult reports with this form.

**UM DECISION:** ☐ Approved  ☐ Via Protocol  
☐ Alternative Treatment Plan _____  
☐ More Information Requested _____

★ Regional Medical Director signature and printed name required:

(Signature) _____ Printed Name: _____ DATE: __/__/__

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Cert. Type: | Med Class | CPT Code | UR Auth #: |
|---|---|---|---|
| | | | |

To: Clerk of Court, Civil:
    United States District Court
    District of Massachusetts
    One Courthouse Way, Suite 2300
    Boston, MA. 02118

FILED
IN CLERKS OFFICE 2005
2005 APR 13 P 3:07
U.S. DISTRICT COURT
DISTRICT OF MASS

05-10825 EFH

COVER SHEET

Enclosed please find plaintiff's original § 1983 civil Rights Complaint, And motions To waive all Filing Fees, And Motion For Appointment of Counsel.

Due to The Seriousness of plaintiff's complaints And Emergency Issues, Can you kindly document The Plaintiff's Complaint As soon as business hours would allow you Too. Copie of letters enclosed.

Thank you!

Sincerely,
Mr. Charles Bridges (Pro Se)
MR. Charles Bridges (Pro Se)
400 - Faunce Corner Road
North Dartmouth MA. 02747