FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2005 APR 13 P 3:07

U.S. DISTRICT COURT
DISTRICT OF MASS

CHARLES BRIDGES, Pro Se,

    Plaintiff,

  - vs -

Thomas _____, et al.,

    Defendant(s)

C.A.NO. 05-10825 EFH

### PLAINTIFFS MOTION FOR APPOINTMENT OF COUNSEL

Now Comes The Plaintiff, Charles Bridges, (Pro Se) in The Above-Captioned matter, in moves This Honorable Court to grant him Appointment of Counsel, due to his Lack of knowledge in Legal expertise and The unfairness That would be imposed upon him if he was forced to represent himself in This matter.

Wherefore; The plaintiff requests That This Honorable Court grant his said motion.

Respectfully Submitted;

Charles Bridges (Pro Se)

MR. Charles Bridges (Pro Se)