UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES BRIDGES, )
        Plaintiff, )
)
v. ) C.A. No. 05-10825-EFH
)
THOMAS HODSON, SHERIFF, BRISTOL )
COUNTY HOUSE OF CORRECTION, )
ET AL., )
        Defendants. )

MEMORANDUM AND ORDER OF DISMISSAL

HARRINGTON, S.J.

On May 2, 2005 this Court entered a Memorandum and Order (#3) directing Plaintiff to either pay the $250.00 filing fee or file a completed Application to Proceed *in forma pauperis*, accompanied by a certified copy of his prison account statement for the past six (6) months. Additionally, the Plaintiff was directed to show cause within forty-two (42) days why this action should not be dismissed for the reasons stated in that Memorandum and Order.

To date, Plaintiff has failed to pay the filing fee or file a completed Application to Proceed *in forma pauperis*, nor has he filed any document to show cause why this action should not be dismissed.

Accordingly, for Plaintiff's failure to comply with the May 2, 2005 Memorandum and Order, and for reasons stated in the Memorandum and Order, this action is hereby ORDERED dismissed, without prejudice.

Dated:

6-28-05

EDWARD F. HARRINGTON
SENIOR, UNITED STATES DISTRICT JUDGE